**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **Civil Action No. 3:18-cv-00099-M** |
| | § | |
| **NORTH TEXAS PUBLIC** | § | |
| **BROADCASTING, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

---

### NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

---

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff"), by and through his undersigned counsel, hereby provides notice that he has accepted Defendant North Texas Public Broadcasting, Inc.'s ("North Texas Public Broadcasting" or "Defendant") Offer of Judgment made on March 21, 2018 in which Defendant will allow Judgment to be taken against it and in favor of Plaintiff in the amount of $10,000 (ten-thousand dollars), inclusive of all taxable costs, interest, and attorney's fees which have accrued to the date of the Offer of Judgment.

Defendant's Offer of Judgment is attached hereto as Exhibit A.

Plaintiff's Acceptance of Offer of Judgment is attached hereto as Exhibit B.

Dated: March 27, 2018

Respectfully submitted,

**HUTCHERSON LAW PLLC**

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson
Texas State Bar No. 24050798
Hutcherson Law PLLC
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2018, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participants:

Thomas S. Leatherbury, Esq.
tleatherbury@velaw.com
Kevin W. Brooks, Esq.
kbrooks@velaw.com
Steve R. Borgman, Esq.
sborgman@velaw.com
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

Attorneys for Defendant

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:18-CV-00099-M** |
| | § | |
| **NORTH TEXAS PUBLIC** | § | |
| **BROADCASTING, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>OFFER OF JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 68, Defendant North Texas Public Broadcasting, Inc. ("NTPB" or "Defendant"), by and through its undersigned counsel, hereby offers to allow Judgment to be taken against it and in favor of Plaintiff Larry G. Philpot ("Plaintiff") in this action in the amount of $10,000 (ten thousand dollars), inclusive of all taxable costs, interest, and attorney's fees which have accrued to the date of this Offer of Judgment ("Offer").

This Offer is made for the purposes specified in Federal Rule of Civil Procedure 68, and shall not be construed as either an admission that NTPB is liable in this action or that Plaintiff has suffered any damages. This Offer is unconditional and is made to resolve fully and finally Plaintiff's claims against NTPB.

Plaintiff has fourteen (14) days after service of this Offer to accept the Offer as a complete and final judgment against NTPB as to Plaintiff's claims against NTPB. The Offer shall remain open and irrevocable for such fourteen-day period. If the Offer is not accepted by Plaintiff within fourteen (14) days after service of this Offer, the Offer shall automatically be withdrawn.

If Plaintiff does not accept this Offer and obtains a judgment that is not more favorable than the Offer, he must pay the costs incurred by NTPB after the Offer was made, including reasonable attorneys' fees.

DATED this 21st day of March, 2018.

Respectfully submitted,

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury
  State Bar #12095275
Kevin W. Brooks
  State Bar #24087214
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.220.7716
tleatherbury@velaw.com
kbrooks@velaw.com

Steve R. Borgman
  State Bar #02670300
**VINSON & ELKINS LLP**
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Tel: 713.758.2002
Fax: 713.615.5758
sborgman@velaw.com

**ATTORNEYS FOR NORTH TEXAS PUBLIC BROADCASTING, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2018, a true and correct copy of the above and foregoing document was served on:

Kenton J. Hutcherson
Hutcherson Law PLLC
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
kjh@hutchersonlaw.com

So certified on this 21st day of March, 2018.


*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury

US 5550476v.1

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **Civil Action No. 3:18-cv-00099-M** |
| | § | |
| **NORTH TEXAS PUBLIC** | § | |
| **BROADCASTING, INC.,** | | |
| | § | |
| **Defendant.** | § | |

---

## ACCEPTANCE OF OFFER OF JUDGMENT

---

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff"), by and through his undersigned counsel, hereby accepts Defendant North Texas Public Broadcasting, Inc.'s ("North Texas Public Broadcasting" or "Defendant") Offer of Judgment made on March 21, 2018 in which Defendant will allow Judgment to be taken against it and in favor of Plaintiff in the amount of $10,000 (ten-thousand dollars), inclusive of all taxable costs, interest, and attorney's fees which have accrued to the date of the Offer of Judgment.

Dated: March 27, 2018

Respectfully submitted,

**HUTCHERSON LAW PLLC**

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson
Texas State Bar No. 24050798
Hutcherson Law PLLC
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2018, I served the foregoing to the following view email:

Thomas S. Leatherbury, Esq.
tleatherbury@velaw.com
Kevin W. Brooks, Esq.
kbrooks@velaw.com
Steve R. Borgman, Esq.
sborgman@velaw.com
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

Attorneys for Defendant

/s/ Kenton J. Hutcherson_____
Kenton J. Hutcherson