IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY G. PHILPOT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-cv-0099-M |
| NORTH TEXAS PUBLIC BROADCASTING, INC., | § § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

On __4/4__, 2018, the Court considered Plaintiff Larry G. Philpot's Notice of Acceptance of Defendant's Offer of Judgment. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment accordingly.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that JUDGMENT is entered in favor of Larry G. Philpot, Plaintiff, against Defendant North Texas Public Broadcasting, Inc. in the amount of ten-thousand dollars ($10,000.00), inclusive of all taxable costs, interest, and attorney's fees.

All other relief not expressly granted in this Final Judgment is hereby denied. This is a Final Order.

SIGNED on __4/4__, 2018.

U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

*/s/ Kenton J. Hutcherson*
Kenton J. Hutcherson, Esq.
Attorney for Plaintiff


*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury, Esq.
Attorney for Defendant


Dated: March 27, 2018