**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-00099-M |
| | § | |
| **NORTH TEXAS PUBLIC** | § | |
| **BROADCASTING, INC.,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SATISFACTION OF JUDGMENT IN FULL AND RELEASE

On April 4, 2018, the Court entered final judgment in favor of Plaintiff Larry G. Philpot against Defendant North Texas Public Broadcasting, Inc. Final Judgment, ECF No. 15. Defendant hereby gives notice that Plaintiff has signed the Satisfaction of Judgment in Full and Release. *See* Ex. A. Counsel for both parties also have signed the Satisfaction of Judgment in Full and Release. *See* Ex. B.

Respectfully submitted,

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury
   State Bar #12095275
Kevin W. Brooks
   State Bar #24087214
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.220.7716
tleatherbury@velaw.com
kbrooks@velaw.com

Steve R. Borgman
   State Bar #02670300
**VINSON & ELKINS LLP**
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Tel: 713.758.2002
Fax: 713.615.5758
sborgman@velaw.com

**ATTORNEYS FOR NORTH TEXAS PUBLIC BROADCASTING, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, a true and correct copy of the above and foregoing document has been forwarded to all parties via the Court's electronic delivery system.

So certified on this 1st day of May, 2018.

   */s/ Thomas S. Leatherbury*
   Thomas S. Leatherbury

US 5645428v.2

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY G. PHILPOT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-00099-M |
| | § | |
| NORTH TEXAS PUBLIC BROADCASTING, INC., | § | |
| | § | |
| Defendant. | § | |

## SATISFACTION OF JUDGMENT IN FULL AND RELEASE

Plaintiff Larry G. Philpot ("Plaintiff") acknowledges complete payment of the April 4, 2018 Final Judgment in the above-captioned case. The April 4, 2018 Final Judgment was issued in Plaintiff's favor and against Defendant North Texas Public Broadcasting, Inc. ("NTPB") in the amount of $10,000.00, inclusive of all taxable costs, interest, and attorney's fees. Plaintiff provides notice that the Final Judgment has been satisfied in full, releases the Final Judgment, and authorizes the Clerk to enter and record this Satisfaction of Judgment in Full and Release on the docket in the above-captioned case.

Plaintiff acknowledges and agrees that NTPB has paid the amount of the Final Judgment pursuant to this Court's Final Judgment dated April 4, 2018.

Dated: April 19, 2018.

ACCEPTED BY: _____
LARRY G. PHILPOT

STATE OF Indiana §
§
COUNTY OF Marion §

 Before me, a Notary Public in and for said County and State, on this day personally appeared LARRY G. PHILPOT, known by me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

 Subscribed and sworn to before me on the 19th day of April, 2018.

            _____
            Notary Public, State of Marion

My Commission Expires: August 2, 2020

```
BREA L KUHN
Notary Public - Seal
State of Indiana
My Commission Expires Aug 2, 2020
```

SEEN AND AGREED:

_____   _____
Kenton J. Hutcherson       Thomas S. Leatherbury
 State Bar #24050798       State Bar #12095275
HUTCHERSON LAW PLLC     VINSON & ELKINS LLP
3131 McKinney Avenue, Suite 600  2001 Ross Avenue, Suite 3700
Dallas, TX 75204        Dallas, Texas 75201
Tel: (214) 443-4200       Tel: (214) 220-7700
Fax: (214) 443-4210       Fax: (214) 220-7716
Email: kjh@hutchersonlaw.com   Email: tleatherbury@velaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the date shown by the file-mark, a true and correct copy of the above and foregoing document has been forwarded to all parties via the Court's electronic delivery system.

/s/ Thomas S. Leatherbury
Thomas S. Leatherbury

US 5550476v.2

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY G. PHILPOT, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. 3:18-CV-00099-M |
| NORTH TEXAS PUBLIC BROADCASTING, INC., | § § § |
| Defendant. | § § |

## SATISFACTION OF JUDGMENT IN FULL AND RELEASE

Plaintiff Larry G. Philpot ("Plaintiff") acknowledges complete payment of the April 4, 2018 Final Judgment in the above-captioned case. The April 4, 2018 Final Judgment was issued in Plaintiff's favor and against Defendant North Texas Public Broadcasting, Inc. ("NTPB") in the amount of $10,000.00, inclusive of all taxable costs, interest, and attorney's fees. Plaintiff provides notice that the Final Judgment has been satisfied in full, releases the Final Judgment, and authorizes the Clerk to enter and record this Satisfaction of Judgment in Full and Release on the docket in the above-captioned case.

Plaintiff acknowledges and agrees that NTPB has paid the amount of the Final Judgment pursuant to this Court's Final Judgment dated April 4, 2018.

Dated: April 19, 2018.

ACCEPTED BY: _____
LARRY G. PHILPOT

STATE OF Indiana §
§
COUNTY OF Marion §

Before me, a Notary Public in and for said County and State, on this day personally appeared LARRY G. PHILPOT, known by me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

Subscribed and sworn to before me on the 19th day of April, 2018.

_____
Notary Public, State of Marion

My Commission Expires: August 2, 2020

BREA L KUHN
Notary Public - Seal
State of Indiana
My Commission Expires Aug 2, 2020

SEEN AND AGREED:

_____                    _____
Kenton J. Hutcherson                          Thomas S. Leatherbury
State Bar #24050798                           State Bar #12095275
HUTCHERSON LAW PLLC                           VINSON & ELKINS LLP
3131 McKinney Avenue, Suite 600               2001 Ross Avenue, Suite 3700
Dallas, TX 75204                              Dallas, Texas 75201
Tel: (214) 443-4200                           Tel: (214) 220-7700
Fax: (214) 443-4210                           Fax: (214) 220-7716
Email: kjh@hutchersonlaw.com                  Email: tleatherbury@velaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the date shown by the file-mark, a true and correct copy of the above and foregoing document has been forwarded to all parties via the Court's electronic delivery system.

/s/ *Thomas S. Leatherbury*
Thomas S. Leatherbury

US 5550476v.2